427505
Law Firm Ref#: 124375-01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**TODD MOILANEN and NICHOLAS TALMERS,**

    Plaintiff(s)

vs.

**DIMITRI SYLLANTAVOS; TODD MASSEY; and GLOBAL AMERICAN TRANSPORT LLC,**

    Defendant(s)

Case No.: 25-13515

**AFFIDAVIT OF SPECIAL PROCESS SERVER**



I, FRANK PRITCHETT, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Complaint to Global American Transport LLC c/o Harvard Business Services Inc., located at 16192 Coastal Hwy., Lewes, DE 19958** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Global American Transport LLC c/o Harvard Business Services Inc. personally on the ____ day of _____, 20____ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: ALLISON RATHMANNER, Title: MANAGING AGENT, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 6 day of NOVEMBER, 20 25 at 2:40 P M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Global American Transport LLC c/o Harvard Business Services Inc.'s usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ ____:____ _____
__/__/____ @ ____:____ _____
__/__/____ @ ____:____ _____

A description of person with whom the documents were left is as follows:

**Sex:** FEMALE    **Race:** WHITE    **Approx. Age:** 40    **Height:** 5'5    **Weight:** 130    **Hair:** BROWN

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this 6TH day of NOVEMBER, 20 25

_____
Notary Public

_____
(Server Signature)

FRANK PRITCHETT
(Print Name)

11/06/2025
(Date)

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

SAAFF/427505