427511
Law Firm Ref#: 124375-01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TODD MOILANEN and
NICHOLAS TALMERS,

      **Plaintiff(s),**

VS

DIMITRI SYLLANTAVOS, TODD MASSEY, and GLOBAL AMERICAN TRANSPORT LLC,

      **Defendant(s).**

Case No.: **1:25-cv-13515**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL TO BE SERVED: **Dimitri Syllantavos**

I, Served the within named INDIVIDUAL on **11/13/2025 at 7:41 PM**

**SUBSTITUTE SERVICE:** by leaving a copy of this process at his/her usual place of abode with **[Refused Name]**. (Title): **Wife**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process via regular mail in a sealed envelope with postage paid addressed to the INDIVIDUAL at his/her usual place of abode on **11/17/2025**.

TYPE OF PROCESS: **SUMMONS IN A CIVIL ACTION; COMPLAINT**

ADDRESS WHERE SERVED: **6797 N Ionia Ave, Chicago, IL 60646-2812**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Caucasian** - Hair: **Brown** - Approx. Age: **55-65** - Height: **5'7** - Weight: **140**

Service Comments:    Events that occurred at the time of service: I spoke with the subject's wife through the window at the front door. She refused to provide her name or take the documents by hand. She stated that she does not open the door for people this late at night. Therefore, I announced service and placed the documents at the threshold of the door. I then left the property.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Jason Holinka, Process Server
Dated: 11-17-25



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

427511
Order #:427511/ILPRF441

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dimitri Syllantavos
was received by me on *(date)* 11/6/25 .

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
[Refused Name] wife , a person of suitable age and discretion who resides there,
on *(date)* 11/13/25, and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*: Events that occurred at the time of service: I spoke with the subject's wife through the window at the front door. She refused to state her name or take the documents by hand. She said she doesn't open the door this late. I then placed the documents at the threshold of the door and announced service.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-17-25

Server's signature

Jason Holinka, Process Server
Printed name and title

134 N. LaSalle St. Ste. 1410, Chicago, IL 60602
Server's address

Additional information regarding attempted service, etc: