**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD MOILANEN and NICHOLAS TALMERS,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DIMITRI SYLLANTAVOS, TODD MASSEY, and GLOBAL AMERICAN TRANSPORT LLC,<br><br>*Defendants*. | Case No.: 25 cv 13515 |

**PLAINTIFFS' STATUS REPORT PURSUANT TO ECF NO. 46**

Plaintiffs, Todd Moilanen and Nicholas Talmers, pursuant to this Court's August 12, 2026 Memorandum Opinion (ECF No. 46), submit the following status report:

At this time, Plaintiffs do not intend to amend their complaint, but reserve their right to subsequently seek leave to amend, if warranted, in accordance with the Federal Rules of Civil Procedure and applicable law.

Dated: September 2, 2026

Respectfully submitted,

Taft Stettinius & Hollister LLP

By: */s/ Vincent C. Sallan*

Elizabeth A. Winkowski (ARDC # 6316704)
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
(312) 527-4000
ewinkowski@taftlaw.com

Thomas H. Walters (MI P51413) (pro hac vice)
Vincent C. Sallan (MI P79888) (admitted in NDIL)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
twalters@taftlaw.com
vsallan@taftlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: *_/s/ Vincent C. Sallan_*
Vincent Sallan